■ TIMOTHY R. KARAS et al., Respondents, v CORNING HOS-
PITAL et al., Defendants and Third-Party Plaintiffs-
Respondents. WAYNE PRINTUP & ASSOCIATES, INC., Third-Party
Defendant-Appellant. (Appeal No. 1.) [692 NYS2d 626] —Order
unanimously modified on the law and as modified affirmed
without costs in accordance with the following Memorandum:
Because third-party defendant has failed to brief on appeal the
issue whether Supreme Court erred in granting the cross mo-
tion of defendants-third-party plaintiffs for common-law
indemnification against it, we deem that issue abandoned (*see,
Ciesinski v Town of Aurora*, 202 AD2d 984).

The court erred in granting plaintiffs' motion for partial sum-
mary judgment on the issue of liability on the Labor Law § 240
(1) claim. There are issues of fact whether the scaffold was
defective (*see, Felker v Corning Inc.*, 90 NY2d 219, 224; *Ghian-
doni v City of Niagara Falls*, 258 AD2d 923) and whether the
conduct of plaintiff Timothy R. Karas was the sole proximate
cause of the accident (*see, Weininger v Hagedorn & Co.*, 91
NY2d 958, 960, *rearg denied* 92 NY2d 875; *Mortellaro v State
Farm Mut. Auto. Ins. Co.*, 259 AD2d 968). Thus, we modify the
order by denying plaintiffs' motion. (Appeal from Order of
Supreme Court, Steuben County, Scudder, J., for Purple, Jr.,
J., pursuant to CPLR 9002—Summary Judgment.) Present—
Denman, P. J., Pine, Wisner, Hurlbutt and Callahan, JJ.

■ TIMOTHY R. KARAS et al., Respondents, v CORNING HOS-
PITAL et al., Defendants and Third-Party Plaintiffs-
Respondents. WAYNE PRINTUP & ASSOCIATES, INC., Third-Party
Defendant-Appellant. (Appeal No. 2.) [692 NYS2d 636] —Appeal
unanimously dismissed without costs (*see, Matter of Eric D.*
[appeal No. 1], 162 AD2d 1051). (Appeal from Order of Supreme
Court, Steuben County, Scudder, J., for Purple, Jr., J., pursu-
ant to CPLR 9002—Summary Judgment.) Present—Denman,
P. J., Pine, Wisner, Hurlbutt and Callahan, JJ.